# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



Reg. No. 5,809,174

Registered Jul. 23, 2019

Int. Cl.: 9, 28, 41

Service Mark

Trademark

Principal Register



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

SEGA Games Co., Ltd. (JAPAN CORPORATION)
1-2-12, Haneda,
Ota-ku Tokyo
JAPAN

CLASS 9: Computer game programs; computer game software; video game software; video game programs; video game discs and cartridges; computer game software for use on mobile and cellular phones; mobile phone straps; protective cases for cell phones; downloadable graphics, images and moving images for computers, video game machines or mobile phones featuring scenes and characters based on computer and video games; downloadable computer and video game software; downloadable music files via a global computer network and wireless devices; sound recorded compact discs featuring music, video game sounds and dialogues; musical sound recordings; prerecorded video discs and tapes featuring music, comedy, drama, action, adventure and animation; electronic publications, namely, downloadable books and magazines in the field of computer games, video games, cartoons and music; phonograph records featuring music

CLASS 28: Coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; toy vehicles; dolls; stuffed toys; toy action figures; trading card games; playing cards; arcade redemption game machines which dispense tickets or tokens to successful players; arcade crane game machines which dispense tickets or tokens to successful players

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; providing entertainment information on on-line games; providing non-downloadable on-line graphics, moving images and images featuring scenes and characters based on computer and video games by computer networks, video game machines or mobile phones; providing amusement facilities; providing amusement arcade services; providing amusement parks; organization, production and presentation of video and computer game contests and tournaments; providing entertainment information about amusement facilities; providing on-line music, not downloadable

The mark consists of the wording "P5" where the top of the letter "P" is positioned inside the bottom portion of the number "5" above the wording "PERSONA5" in stylized font.

PRIORITY DATE OF 04-02-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1418344 DATED 04-06-2018, EXPIRES 04-06-2028

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,132,788**
**Registered Aug. 25, 2020**
**Int. Cl.: 9, 41**
**Service Mark**
**Trademark**
**Principal Register**

SEGA Games Co., Ltd. (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower,
1-1-1 Nishi-shinagawa, Shinagawa-ku
Tokyo, JAPAN

CLASS 9: Downloadable computer game programs; recorded computer game programs; downloadable computer game software; recorded computer game software; downloadable video game software; recorded video game software; downloadable video game programs; recorded video game programs; video game discs and cartridges; downloadable computer game software for use on mobile and cellular phones; downloadable computer game and video game software

CLASS 41: Entertainment services, namely, providing on-line video games and on-line computer games; organization, production and presentation of video and computer game contests and tournaments

The mark consists of the stylized wording "P5S" underneath which is the stylized wording "PERSONA5" shrinking in size from left to right and underneath that is the stylized wording "STRIKERS" shrinking in size from left to right.

PRIORITY DATE OF 12-03-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1512696 DATED 12-11-2019, EXPIRES 12-11-2029

SER. NO. 79-277,959, FILED 12-11-2019





*Andrei Iancu*
Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,868,492**
**Registered Oct. 11, 2022**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

SEGA CORPORATION (JAPAN CORPORATION)
Sumitomo Fudosan Osaki Garden Tower,
1-1-1 Nishi-Shinagawa, Shinagawa-ku Toky
JAPAN

CLASS 28: Video game slot machines, namely, electronic slot machines; coin-operated video games; arcade game machines; arcade video game machines; amusement game machines with built-in screens; toy vehicles; dolls; stuffed toys; toy action figures; trading card games; playing cards; arcade redemption game machines which dispense tickets or tokens to successful players; arcade crane game machines which dispense tickets or tokens to successful players; gaming machines, namely, slot machines

The mark consists of the large lettering "P5" with the "5" above the wording "PERSONA5".

OWNER OF INTERNATIONAL REGISTRATION 1634131 DATED 10-11-2021, EXPIRES 10-11-2031

SER. NO. 79-328,975, FILED 10-11-2021



*Katherine Kelly Vidal*
**Director of the United States Patent and Trademark Office**



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,237,170**

## United States Patent and Trademark Office
Registered Apr. 6, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## PERSONA

ATLUS CO., LTD. (CALIFORNIA CORPORATION)
15255 ALTON PARKWAY, SUITE 100
IRVINE, CA 92618

FOR: VIDEO GAME CD-ROM'S, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-13-1996; IN COMMERCE 12-13-1996.

SN 75-157,280, FILED 8-26-1996.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,012,703
Registered Nov. 8, 2005

## TRADEMARK
PRINCIPAL REGISTER

### SHIN MEGAMI TENSEI

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
15255 ALTON PARKWAY, SUITE 100
IRVINE, CA 92618

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SHIN MEGAMI TENSEI DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE ENGLISH TRANSLATION OF SHIN IS GENUINE, TRUE AND MEGAMI IS GODDESS AND TENSEI IS REINCARNATION.

SER. NO. 76-602,126, FILED 7-12-2004.

RENEE MCCRAY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,060,783
Registered Feb. 21, 2006

## TRADEMARK
PRINCIPAL REGISTER

# SMT

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
15255 ALTON PARKWAY, SUITE 100
IRVINE, CA 92618

FOR: COMPUTER GAME SOFTWARE AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-14-2004; IN COMMERCE 10-14-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 76-602,127, FILED 7-12-2004.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,175,004
Registered Nov. 21, 2006

## TRADEMARK
PRINCIPAL REGISTER

## DIGITAL DEVIL SAGA

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
15255 ALTON PARKWAY, SUITE 100
IRVINE, CA 92618

FOR: VIDEO AND COMPUTER GAME PROGRAMS, CARTRIDGES AND DISCS AND INSTRUCTION MANUALS SOLD AS A UNIT; PROGRAM-RECORDED SUBSTRATES FEATURING VIDEO GAMES FOR USE WITH TELEVISION VIDEO GAME MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-29-2005; IN COMMERCE 3-29-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIGITAL", APART FROM THE MARK AS SHOWN.

SN 78-474,765, FILED 8-27-2004.

SALLY SHIH, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,300,019
Registered Sep. 25, 2007

## TRADEMARK
PRINCIPAL REGISTER

# ODIN SPHERE

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
199 TECHNOLOGY DRIVE, SUITE 105
IRVINE, CA 92618

FOR: VIDEO AND COMPUTER GAME PROGRAMS, CARTRIDGES AND DISCS AND INSTRUCTION MANUALS SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-22-2007; IN COMMERCE 5-22-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-898,276, FILED 6-1-2006.

WENDY GOODMAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,311,295
Registered Oct. 16, 2007

## TRADEMARK
PRINCIPAL REGISTER

# TRAUMA CENTER

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
199 TECHNOLOGY DRIVE, SUITE 105
IRVINE, CA 92618

FOR: VIDEO AND COMPUTER GAME PROGRAMS, CARTRIDGES AND DISCS AND INSTRUCTION MANUALS SOLD AS A UNIT; PROGRAM-RECORDED SUBSTRATES FEATURING VIDEO GAMES FOR USE WITH TELEVISION VIDEO GAME MACHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2006; IN COMMERCE 11-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-090,832, FILED 1-25-2007.

DAVID MILLER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,382,974
Registered Feb. 12, 2008

## TRADEMARK
PRINCIPAL REGISTER

# GROWLANSER

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
199 TECHNOLOGY DRIVE, SUITE 105
IRVINE, CA 92618

FOR: VIDEO GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-18-2007; IN COMMERCE 9-18-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-726,658, FILED 10-5-2005.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,414,960
Registered Apr. 22, 2008

## TRADEMARK
PRINCIPAL REGISTER

# DEVIL SUMMONER

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
199 TECHNOLOGY DRIVE, SUITE 105
IRVINE, CA 92618

FOR: VIDEO AND COMPUTER GAME PROGRAMS AND DISCS AND INSTRUCTION MANUALS SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-10-2006; IN COMMERCE 10-10-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-006,362, FILED 9-25-2006.

WENDY GOODMAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,524,051
Registered Oct. 28, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ETRIAN ODYSSEY

ATLUS U.S.A., INC. (CALIFORNIA CORPORATION)
199 TECHNOLOGY DRIVE, SUITE 105
IRVINE, CA 92618

FOR: VIDEO AND ELECTRONIC GAME CARTRIDGES AND PROGRAMS, AND INSTRUCTIONAL BOOKLETS SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2007; IN COMMERCE 5-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-435,681, FILED 3-31-2008.

SUE LAWRENCE, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,731,749**

**Registered Apr. 23, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ATLUS CO., LTD. (JAPAN CORPORATION)
1-1-1 Nishi-shinagawa
Sumitomo Fudosan Osaki Garden Tower F24
Shinagawa-ku, Tokyo, JAPAN 141-0033

CLASS 9: Video game cartridges and discs; Video game software; Video and computer game programs; Computer game software for personal computers and home video game consoles; Computer programs for video and computer games; Interactive video game programs

FIRST USE 7-26-2011; IN COMMERCE 7-26-2011

The color(s) pink, red, white, and black is/are claimed as a feature of the mark.

The mark consists of the stylized black wording "CATHERINE" with white outlining on top of an image of a girl in pink, red, and white next to a male symbol in white and a female symbol in pink framed within an incomplete fluid circle in pink, red, and white.

SER. NO. 88-028,888, FILED 07-07-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# SHIN MEGAMI TENSEI LIBERATION

**Reg. No. 5,979,078**  
**Registered Feb. 04, 2020**  
**Int. Cl.: 9**  
**Trademark**  
**Principal Register**

ATLUS CO., LTD. (JAPAN CORPORATION)  
2-11-22 Sangenjyaya  
Setagaya-ku, Tokyo, JAPAN 154-0024

CLASS 9: Video game software; video game programs; downloadable video game software for use on mobile and cellular phones

FIRST USE 1-22-2018; IN COMMERCE 7-24-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "SHIN", "MEGAMI" and "TENSEI" in the mark is "genuine" and "true", "goddess", and "reincarnation".

SER. NO. 88-106,758, FILED 09-06-2018



*signature*

Director of the United States  
Patent and Trademark Office

